IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

OWNERS INSURANCE COMPANY, )
a stock insurance company )
incorporated and )
organized under the laws )
of the State of Ohio, )
                         )
        Plaintiff,       )
                         )        CIVIL ACTION NO.
     v.                  )         2:18cv668-MHT
                         )            (WO)
TEX CASSIDY a/k/a Tex    )
Cassady, d/b/a Cassidy   )
Construction, et al.,    )
                         )
        Defendants.      )

### JUDGMENT

Pursuant to the joint stipulation of and motion for
dismissal (doc. no. 35), it is the ORDER, JUDGMENT, and
DECREE of the court that the motion is granted and this
cause is dismissed in its entirety with prejudice and
with the parties to bear their own costs.

All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this
document on the civil docket as a final judgment
pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

    This case is closed.

    DONE, this the 14th day of December, 2018.


                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE